No. 750. LODGE No. 42, INTERNATIONAL BROTHER-HOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACK-SMITHS, FORGERS & HELPERS, ET AL. *v.* INTERNATIONAL BROTHERHOOD OF BOILERMAKERS, IRON SHIPBUILDERS, BLACKSMITHS, FORGERS & HELPERS ET AL. C. A. 6th Cir. Certiorari denied. *James C. Havron* for petitioners. *Cecil D. Branstetter* for respondents.

No. 682. AMERICAN PIPE & CONSTRUCTION CO. ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF CALIFORNIA ET AL. C. A. 9th Cir. Certiorari denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *Frank D. MacDowell, John J. Courtney* and *J. O. von Kalinowski* for petitioners. *Richards D. Barger* for Perovich et al., respondents.

No. 554. POPEIL BROTHERS, INC., *v.* ZYSSET ET AL. Motion of petitioner for leave to file new and additional conflicting authority granted. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied. MR. JUSTICE DOUGLAS is of the opinion that certiorari should be granted. *George B. Christensen* and *Dugald S. McDougall* for petitioner. *Albin C. Ahlberg* and *Warren C. Horton* for respondents.

No. 609. RUBY, PRESIDENT OF AIR LINE PILOTS ASSO-CIATION, INTERNATIONAL, ET AL. *v.* AMERICAN AIRLINES, INC., ET AL. C. A. 2d Cir. Certiorari denied. MR. JUS-TICE GOLDBERG took no part in the consideration or decision of this petition. *Samuel J. Cohen* for petitioners. *Arthur M. Wisehart* for American Airlines, Inc., and *Martin C. Seham* for O'Connell et al., respondents. *Solicitor General Cox* for the National Mediation Board, as *amicus curiae,* in opposition.